```
IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENISE PANICONI,              :    CIVIL ACTION
                              :    NO. 21-5384
       Plaintiff,             :
   v.                         :
                              :
ABINGTON HOSPITAL-            :
JEFFERSON HEALTH              :
                              :
       Defendant.             :
```

## ORDER

**AND NOW**, this **24th** day of **May, 2022**, after considering Defendant's motion to dismiss, the response thereto, and after a hearing on the record, it is hereby **ORDERED** as follows:

1. Defendant's motion for leave to file a reply brief [ECF No. 17] is **GRANTED;**

2. Defendant's motion to dismiss [ECF No. 13] is **GRANTED** for the reasons discussed in the accompanying memorandum;

3. The Complaint [ECF No. 1] is **DISMISSED with prejudice;** and

4. The case shall be marked **CLOSED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**